## OFFICE OF DISCIPLINARY COUNSEL, Petitioner

v.

## Marc Louis VERGILLO, Respondent

### No. 909 Disciplinary Docket No. 3.

Supreme Court of Pennsylvania.

March 30, 2004.

*ORDER*

PER CURIAM:

AND NOW, this 30th day of March, 2004, there having been filed with this Court by Marc Louis Vergillo his verified Statement of Resignation dated February 9, 2004, stating that he desires to resign from the Bar of the Commonwealth of Pennsylvania in accordance with the provisions of Rule 215, Pa.R.D.E., it is

ORDERED that the resignation of Marc Louis Vergillo be and it is hereby accepted and he is DISBARRED ON CONSENT from the Bar of the Commonwealth of Pennsylvania; and it is further OR-DERED that he shall comply with the provisions of Rule 217, Pa.R.D.E. Respondent shall pay costs, if any, to the Disciplinary Board pursuant to Rule 208(g), Pa.R.D.E.